1  Matthew S. Dente, Esq., Bar No. 241547
   THE DENTE LAW FIRM
2  600 B Street, Suite 1900
   San Diego, CA 92101
3  Telephone: (619) 550-3475
   Facsimile: (619) 342-9668
4  Email: matt@dentelaw.com

5  Brian J. Robbins, Bar No. 190264
   ROBBINS ARROYO LLP
6  600 B Street, Suite 1900
   San Diego, CA 92101
7  Telephone: (619) 525-3990
   Facsimile: (619) 525-3991
8  Email: brobbins@robbinsarroyo.com

9  London D, Meservy, Bar No. 216654
   MESERVY LAW, P.C.
10 550 West C Street, Suite 1950
   San Diego, CA 92101
11 Telephone: (858) 779-1276
   Facsimile: (866) 231-8132
12 Email: london@meservylawpc.com

13 Attorneys for Plaintiff
   TIMOTHY MANSFIELD

14
   Margaret Rosenthal, Bar No. 147501
15 Sabrina L. Shadi, Bar No. 205405
   Dawn Kennedy, Bar No. 252406
16 BAKER & HOSTETLER LLP
   11601 Wilshire Boulevard, Suite 1400
17 Los Angeles, CA  90025-0509
   Telephone:      (310) 820-8800
18 Facsimile:      (310) 820-8859
   Emails:         mrosenthal@bakerlaw.com
19                 sshadi@bakerlaw.com
                   dkennedy@bakerlaw.com
20 Attorneys for Defendant
   SOUTHWEST AIRLINES CO.
21

22              IN THE UNITED STATES DISTRICT COURT

23              SOUTHERN DISTRICT OF CALIFORNIA

24
   | TIMOTHY MANSFIELD, Individually, and as a Representative of Other Members of the Public Similarly Situated, | CASE NO. 3:13-CV-02337-DMS-KSC |
   |---|---|
   | | [The Honorable Dana M. Sabraw, Courtroom 13A] |
   | Plaintiff, | |
   | v. | **JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER** |

SOUTHWEST AIRLINES CO. and DOES 1-10, Inclusive,

    Defendants.

Action Filed: August 28, 2013
Action Removed: September 27, 2013

The Joint Motion for Entry of Protective Order is filed jointly by Plaintiff, TIMOTHY MANSFIELD, ("Plaintiff") and Defendant, SOUTHWEST AIRLINES CO., ("SWA"), pursuant to CivLR 7.2:

Plaintiff and SWA hereby jointly move for the entry of a Protective Order in the form lodged herewith.

WHEREFORE, Plaintiffs and SWA request that the Court enter a Protective Order in the form lodged herewith.

Dated: March 3, 2014

**THE DENTE LAW FIRM**

By: */s/ Matthew S. Dente*
    Matthew S. Dente
    Email: matt@dentelaw.com

Attorneys for Plaintiff
TIMOTHY MANSFIELD

Dated: March 3, 2014

**BAKER & HOSTETLER LLP**

By: */s/ Margaret Rosenthal*
    Margaret Rosenthal
    Sabrina L. Shadi
    Dawn Kennedy
    Email: mrosenthal@bakerlaw.com
Attorneys for Defendant
SOUTHWEST AIRLINES CO.

I, Margaret Rosenthal, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's contents and have authorized the filing.

## PROOF OF SERVICE

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 11601 Wilshire Boulevard, Suite 1400, Los Angeles, California 90025-0509. On **March 3, 2014**, I served a copy of the within document(s): **JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

   By placing the document(s) listed above in a sealed envelope fully prepaid in the United States mail at Los Angeles, California addressed as set forth below.

Matthew S. Dente, Esq.
**THE DENTE LAW FIRM**
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 550-3475
Facsimile: (619) 342-9668
matt@dentelaw.com

Brian J. Robbins, Esq.
**ROBBINS ARROYO LLP**
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsarroryo.com

London D. Meservy, Esq.
**MESERVY LAW P.C.**
550 West C Street, Suite 1950
San Diego, CA 92101
Telephone: (858) 779-1276
Facsimile: (866) 231-8132
London@meservylawpc.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on **March 3, 2014**, at Los Angeles, California.

_____
Shirley Suzuki

603009853