THE DENTE LAW FIRM
MATTHEW S. DENTE (SB# 241547)
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 550-3475
Facsimile:  (619) 342-9668
matt@dentelaw.com

ROBBINS ARROYO LLP
BRIAN J. ROBBINS (SB# 190264)
DIANE E. RICHARD (SB# 204897)
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile:  (619) 525-3991
brobbins@robbinsarroyo.com
drichard@robbinsarroyo.com

MESERVY LAW, P.C.
LONDON D. MESERVY (SB# 216654)
550 West C Street, Suite 1950
San Diego, CA 92101
Telephone: (858) 779-1276
Facsimile:  (866) 231-8132
london@meservylawpc.com

Attorneys for Plaintiff Timothy Mansfield

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MANSFIELD, Individually, and as a Representative of Other Members of the Public Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO. and DOES 1-10, Inclusive,<br><br>Defendants. | Case No. 3:13-CV-02337-DMS-KSC<br><br>CLASS ACTION<br><br>**NOTICE OF SETTLEMENT**<br><br>Magistrate Judge: Honorable Karen S. Crawford<br><br>Judge: Honorable Dana M. Sabraw<br>Courtroom: 13A<br><br>Action Filed: August 28, 2013<br>Action Removed: September 27, 2013 |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

    PLEASE TAKE NOTICE that plaintiff Timothy Mansfield and defendant Southwest Airlines Co., by and through their respective counsel, have entered into an agreement of settlement in the above-captioned action and are working to finalize a joint stipulation of settlement and related approval papers to present to the Court for preliminary approval.

| | |
|---|---|
| DATED: March 19, 2014 | THE DENTE LAW FIRM<br>ROBBINS ARROYO LLP<br>MESERVY LAW, P.C. |
| | s/ Matthew S. Dente |
| | Attorney for Plaintiff Timothy Mansfield<br>E-mail: matt@dentelaw.com |

- 1 -

NOTICE OF SETTLEMENT

CASE NO. 3:13-CV-02337-DMS-KSC

1  I, Matthew S. Dente, hereby certify that on March 19, 2014, I caused the
2 foregoing document to be electronically filed with the Clerk of the Court using the
3 CM/ECF system which will send notification of such filing to the e-mail addresses
4 denoted on the Electronic Mail Notice List.

5  I hereby certify that I am a member of the Bar of the United States District
6 Court, Southern District of California.

7  I declare under penalty of perjury under the laws of the United
8 States of America that the foregoing is true and correct.  Executed on March 19, 2014.

  s/ Matthew S. Dente
  Attorney for Plaintiff Timothy Mansfield
  E-mail: matt@dentelaw.com

- 2 -

NOTICE OF SETTLEMENT

CASE NO. 3:13-CV-02337-DMS-KSC