THE DENTE LAW FIRM
MATTHEW S. DENTE (SB# 241547)
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 550-3475
Facsimile: (619) 342-9668
matt@dentelaw.com

MESERVY LAW, P.C.
LONDON D, MESERVY (SB# 216654)
550 West C Street, Suite 1950
San Diego, CA 92101
Telephone: (858) 779-1276
Facsimile: (866) 231-8132
london@meservylawpc.com

ROBBINS ARROYO LLP
BRIAN J. ROBBINS (SB# 190264)
DIANE E. RICHARD (SB# 204897)
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com

Attorneys for Plaintiff Timothy Mansfield,
Individually, and as Representatives of
Other Members of the Public Similarly Situated

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MANSFIELD, Individually, and as a Representative of Other Members of the Public Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>Defendant. | Case No. 3:13-CV-02337-DMS-KSC<br><br>**CLASS ACTION**<br><br>**REPRESENTATIVE ACTION**<br><br>**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge: Honorable Dana M. Sabraw<br>Courtroom: 13A<br>Hearing Date: July 25, 2014<br>Hearing Time: 1:30 p.m.<br><br>Action Filed: August 28, 2013<br>Action Removed: September 27, 2013 |

1  TO THE COURT AND ALL INTERESTED PARTIES:

2  PLEASE TAKE NOTICE THAT on July 25, 2014, at 1:30 p.m., or as soon
3  thereafter as the matter can be heard, in Courtroom 13A of the United States District
4  Court for the Southern District of California, located at 333 West Broadway, San
5  Diego, California 92101, Plaintiff Timothy Mansfield ("Plaintiff") will, and hereby
6  does, move the Court to grant preliminary approval of the parties' proposed class
7  action settlement.  Specifically, Plaintiff requests that the Court issue an order:  (a)
8  granting preliminary approval of the proposed class settlement; (b) granting
9  conditional certification of the settlement class; (c) authorizing the mailing of the
10 proposed class notice; and (d) scheduling a "fairness hearing" for final approval of the
11 settlement.  Plaintiff's motion is unopposed.

12 This motion is made pursuant to Rule 23(e) of the Federal Rules of Civil
13 Procedure.  Plaintiff makes this motion on the grounds that the proposed settlement is
14 fair, adequate, and reasonable; it is well within the range of possible final approval;
15 and the notice procedures proposed by the parties are adequate to ensure the
16 opportunity of class members to participate in, opt out of, or object to the settlement.

17 This motion is based upon this notice of motion and unopposed motion, the
18 accompanying memorandum of points and authorities in support of the motion, the
19 declarations of Matthew S. Dente, London D. Meservy, and Diane E. Richard and
20 attached exhibits, such evidence and argument of counsel as may be presented at the
21 hearing, the complete files and records in the above-captioned matter, and such
22 additional matters as the Court may consider.

23 Dated:  June 27, 2014         ROBBINS ARROYO LLP
                                 THE DENTE LAW FIRM
24                               MESERVY LAW, P.C.

25                               s/ Matthew S. Dente

26                               Attorneys for Plaintiff Timothy Mansfield,
                                 Individually, and as a Representative of Other
27                               Members of the Public Similarly Situated
                                 E-mail: matt@dentelaw.com
28

- 1 -

Case No. 3:13-CV-02337-DMS-KSC
NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL